UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA INC., | CASE NO. C15-1739JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties are directed to appear in a telephone conference before the Honorable James L. Robart on Tuesday, January 24, 2017, at 8:30 a.m. The parties should be prepared to address (1) Plaintiff T-Mobile USA Inc.'s motion to extend the expert disclosure deadline and the discovery cut-off (Dkt. # 36) and (2) Defendant Selective Insurance Company of America's ("Selective") response to the court's order to show

MINUTE ORDER - 1

cause why the court should not strike Selective's amended answer as improperly filed (Dkt. ## 35, 38, 39).

Filed and entered this 23rd day of January, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2