UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>              Defendant. | CASE NO. C15-1739JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' stipulated motion to redact confidential information in connection with Plaintiff T-Mobile USA, Inc.'s ("T-Mobile") motion for partial summary judgment. (Stip. Mot. (Dkt. # 57).) The court GRANTS the parties' stipulated motion (Dkt. # 57). To effectuate the relief the parties seek, the court DIRECTS the Clerk to seal Docket No. 50, Exhibit A to Docket No. 51, Exhibit C to

Docket No. 53, and Exhibit 1 to Docket No. 56 because those filings contain the confidential information the parties now seek to redact pursuant to the protective order in this matter. (*See* Stip. Mot. at 1-3; Praecipe (Dkt. # 59); Protective Order (Dkt. # 32).) The court DIRECTS T-Mobile to file the agreed-upon redacted versions of those filings in their entirety no later than April 6, 2017, at 5:00 p.m. (*See* Stip. Mot.; Praecipe.) The court further DIRECTS T-Mobile to retain the current noting date—April 14, 2017—for its motion for partial summary judgment when T-Mobile files the redacted version of that document.

    Filed and entered this 5th day of April, 2017.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                      s/ Ashleigh Drecktrah
                                      Deputy Clerk