The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | NO. 2:15-CV-01739-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT SELECTIVE INSURANCE COMPANY OF AMERICA'S MOTION TO FILE OVER-LENGTH BRIEF |

This matter having come on regularly for hearing on Defendant Selective Insurance Company of America's Motion to file Over-Length Brief, and the Court having reviewed the following:

1. Defendant Selective Insurance Company of America's Motion to file Over-Length Brief;

2. Declaration of Jeffrey S. Tindal in Support of Defendant Selective Insurance Company of America's Motion to file Over-Length Brief; and

3. the files and records herein. (Dkt. #63)

NOW, THEREFORE, it is hereby ORDERED THAT Plaintiff's motion is GRANTED.

[PROPOSED] ORDER GRANTING
DEFENDANT SELECTIVE INSURANCE
COMPANY OF AMERICA'S MOTION TO     - 1 -
FILE OVER-LENGTH BRIEF - NO. 2:15-
CV-01739-JLR
1129166.docx/040617 1057/8359-0001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  DATED this 6th day of April, 2017.

_____
The Honorable James L. Robart
United District Court Judge

5  Presented by:

6  **BETTS, PATTERSON & MINES, P.S.**

8  By /s Jeffrey S. Tindal
   Jeffrey S. Tindal, WSBA #29286
   Betts Patterson & Mines, P.S.
   One Convention Place, Suite 1400
   701 Pike Street
   Seattle WA  98101-3927
   Telephone:    (206) 292-9988
   Facsimile:    (206) 343-7053
   E-mail:       jtindal@bpmlaw.com

Attorneys for Defendant Selective Insurance Company of America

---

[PROPOSED] ORDER GRANTING DEFENDANT SELECTIVE INSURANCE COMPANY OF AMERICA'S MOTION TO FILE OVER-LENGTH BRIEF - NO. 2:15-CV-01739-JLR

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1129166.docx/040617 1057/8359-0001