UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., | CASE NO. C15-1739JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 5, 2017, the court granted the parties' stipulated motion to redact confidential information in connection with Plaintiff T-Mobile USA, Inc.'s ("T-Mobile") motion for partial summary judgment. (4/5/17 Min. Order (Dkt. # 60) at 1.) The court directed the Clerk to seal Docket No. 50, Exhibit A to Docket No. 51, Exhibit C to Docket No. 53, and Exhibit 1 to Docket No. 56 and directed T-Mobile to file the

MINUTE ORDER - 1

agreed-upon redacted versions of those filings in their entirety no later than April 6, 2017, at 5:00 p.m. (*Id.* at 1-2.) Although T-Mobile filed redacted versions of Docket No. 50, Exhibit C to Docket No. 53, and Exhibit 1 to Docket No. 56 by the deadline the court imposed,[1] T-Mobile has not yet filed a redacted version of Exhibit A to Docket No. 51 (Dkt. # 51-1). Accordingly, the court ORDERS T-Mobile to file a redacted version of Exhibit A to Docket No. 51, which is now sealed, no later than April 7, 2017, at 5:00 p.m. The court may impose sanctions if T-Mobile does not timely file the redacted version.

Filed and entered this 7th day of April, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] Docket No. 50 and Exhibit 1 to Docket No. 56 are both T-Mobile's motion for partial summary judgment. (*Compare* Dkt. # 50, *with* Dkt. # 56, Ex. 1.) Accordingly, T-Mobile's single filing of a redacted version of its motion for partial summary judgment satisfies the court's order.

MINUTE ORDER - 2