THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:15-cv-01739-JLR<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>**NOTE FOR HEARING:**<br>**April 13, 2017** |

## STIPULATED MOTION

Plaintiff T-Mobile USA, Inc. ("T-Mobile") and Defendant Selective Insurance Company of America ("Selective"), by and through the undersigned counsel, respectfully submit this Stipulated Motion and Order Setting Briefing Schedule on the Parties' Cross Motions for Summary Judgment pursuant to Local Rule 7(k) ("Stipulated Motion"). The parties have agreed on the following briefing schedule on T-Mobile's Motion for Partial Summary Judgment, Dkt. No. 65 ("T-Mobile's Motion"), and Selective's Combined Response to T-Mobile's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment, Dkt. No. 71 ("Selective's Motion"):

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE ON PARTIES' CROSS MOTIONS FOR
SUMMARY JUDGMENT – 1   No. 2:15-cv-01739-JLR

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1
- T-Mobile shall file a combined reply in support of T-Mobile's Motion and response to Selective's Motion on May 1, 2017; and ^of no more than 30 pages

2
- Selective shall file a reply in support of Selective's Motion on May 5, 2017. ^of no more than 12 pages.

3  The parties stipulate, and respectfully ask the Court to order, that the foregoing

4  agreement shall control the parties' briefing on their respective motions.

5  SO STIPULATED this 13th day of April, 2017.

6

7  *s/ Kelly H. Sheridan*                              *s/ Jeffrey S. Tindal*
Michael A. Moore, WSBA No. 27047         Jeffrey S. Tindal, WSBA No. 29286
8  Kelly H. Sherican, WSBA No. 44746         BETTS, PATTERSON & MINES, P.S.
CORR CRONIN MICHELSON                      One Convention Place, Suite 1400
9  BAUMGARDNER FOGG & MOORE LLP   701 Pike Street
1001 Fourth Avenue, Suite 3900                  Seattle WA 98101-3927
10  Seattle, WA 98154-1051                             Telephone: (206) 292-9988
Telephone: (206) 625-8600                         Facsimile: (206) 343-7053
11  Facsimile: (206) 625-0900                          E-mail: jtindal@bpmlaw.com
12  E-mail:   mmoore@corrcronin.com            *Attorneys for Defendant*
             ksheridan@corrcronin.com
13  *Attorneys for Plaintiff*

14  **ORDER**

15  Based upon the Stipulated Motion and Order Setting Briefing Schedule on the Parties'

16  Cross Motions for Summary Judgment set forth above, the Court finds good cause to GRANT

17  the Stipulated Motion. T-Mobile shall file a combined reply in support of T-Mobile's Motion

18  and response to Selective's Motion on May 1, 2017. Selective shall file a reply in support of

19  Selective's Motion on May 5, 2017.

20  IT IS SO ORDERED this 13th day of April, 2017.

21

22

23  _____
Honorable James L. Robart
United States District Judge

24

25

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE ON PARTIES' CROSS MOTIONS FOR
SUMMARY JUDGMENT – 2   No. 2:15-cv-01739-JLR

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900