|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T-MOBILE USA, INC.,

          Plaintiff,

   v.

SELECTIVE INSURANCE
COMPANY OF AMERICA,

          Defendant.

CASE NO. C15-1739JLR

ORDER

Pursuant to Local Civil Rule 7(h)(3), the court ORDERS Defendant Selective Insurance Company of America ("Selective") to respond to Plaintiff T-Mobile USA, Inc.'s ("T-Mobile USA") motion for reconsideration (Mot. (Dkt. # 83)) no later than Friday, August 4, 2017. Selective shall limit its response to no more than ten (10) pages and to addressing the issues T-Mobile USA raises in its motion. T-Mobile USA may file a reply brief, but it is not required to do so. If T-Mobile USA chooses to reply, it must do

//

1  so no later than Wednesday, August 9, 2017, and limit its reply to no more than five (5)
2  pages.
3       Dated this 24th day of July, 2017.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER - 2