UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA INC., <br><br> Plaintiff, <br><br> v. <br><br> SELECTIVE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. C15-1739JLR <br><br> ORDER DIRECTING JOINT STATUS REPORT |

Before the court are the mandate of the Ninth Circuit Court of Appeals (Mandate (Dkt. # 98)) and Plaintiff T-Mobile USA Inc.'s ("T-Mobile USA") request for a joint status conference (Request (Dkt. # 99)).

In the interests of judicial economy, the court ORDERS T-Mobile USA and Defendant Selective Insurance Company of America ("Selective") to meet and confer and file a joint status report that includes (1) a proposal for how this matter should proceed in view of the Ninth Circuit's mandate and (2) an accompanying timeline for the

ORDER - 1

proposed course of action. The parties shall file their joint status report within fourteen (14) days of the date of this order. The court will consider scheduling a joint status conference, if warranted, after the parties file their joint status report.

Dated this 12th day of February, 2020.

JAMES L. ROBART
United States District Judge